# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0013
Lower Tribunal No. 2023-CF-001627

_____

JACOB DANIEL SCANLON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Sharon M. Franklin, Judge.

May 1, 2026

PER CURIAM.

We affirm the order on appeal because the trial court's oral interpretation of an existing term of probation was not effective as a modification of Jacob Daniel Scanlon's probation. *See* § 948.039, Fla. Stat. (2025) ("The court shall impose the special terms and conditions by oral pronouncement at sentencing and include the terms and conditions in the written sentencing order." (emphasis added)). We write only to clarify that, as the term under consideration is written, Scanlon is precluded only from residing within 1000 feet of "any school, daycare center, park, playground

or other place where children regularly congregate," which does not restrict him from visiting his parents' home.

AFFIRMED.

NARDELLA, WOZNIAK and GANNAM, JJ., concur.

Luke Lirot, of Luke Charles Lirot, P.A., Clearwater, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Sonia C. Lawson and Lara E. Breslow, Assistant Attorneys General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED